**Electronically Filed
Supreme Court
SCWC-14-0001032
02-MAR-2016
08:31 AM**

SCWC-14-0001032

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PFLUEGER, INC.,
Petitioner/Plaintiff-Appellee,

vs.

NOGUCHI & ASSOCIATES, INC.,
Respondent/Defendant-Appellant,

and

AIU HOLDINGS, INC., NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PENNSYLVANIA, Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001032; CIV. NO. 09-1-1326)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ.,
and Circuit Judge Kim, in place of Recktenwald, C.J., recused)

Petitioner/Plaintiff-Appellee's Application for Writ of

Certiorari, filed on January 21, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 2, 2016.

Lyle S. Hosoda and             /s/ Paula A. Nakayama
Raina P.B. Gushiken
for petitioner                 /s/ Sabrina S. McKenna

Richard B. Miller and          /s/ Richard W. Pollack
Patricia Kehau Wall and
Christopher Shea Goodwin        /s/ Michael D. Wilson
for respondent
                               /s/ Glenn J. Kim

